# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Elizabeth DeWitt,<br><br>    Plaintiff,<br><br>v.<br><br>Experian plc d/b/a Experian Information Solutions, Inc.,<br><br>    Defendant. | Case No. 20-CV-02169 (DSD/TNL)<br><br>**ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD** |

Pursuant to the Stipulation between counsel for Defendant and plaintiff Elizabeth DeWitt [Doc. No. 7], the Court now finds that the request to allow Defendant until December 1, 2020 to respond to plaintiff's Complaint, should be GRANTED. The Court makes the following order:

1. Defendant shall have until December 1, 2020 to answer or otherwise respond to plaintiff's Complaint.

    IT IS SO ORDERED.

Dated: November 10, 2020         *s/Tony N. Leung*_____
                                  The Honorable Tony N. Leung
                                  United States Magistrate Judge