# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Elizabeth DeWitt,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Experian plc d/b/a Experian Information Solutions, Inc.,<br><br>　　　　Defendant. | Case No. 20-CV-02169 (DSD/TNL)<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the stipulation by the parties, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE and with all parties to bear their own costs.

Dated:  April 26, 2021　　　　　　　　　s/David S. Doty
　　　　　　　　　　　　　　　　　　　　David S. Doty, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court